Debby– Continued Hearing   ___ Evidentiary Hearing

___ Trial

# UNITED STATES BANKRUPTCY COURT
Southern District of West Virginia

BENCH MEMO FORM

In Re: Robert Thomas Halstead
  Debtor

Bankruptcy Proceeding No.: 2:10–bk–20207
Chapter: 7
Judge: Ronald G. Pearson

Courtroom Deputy:_____   Court Reporter:_____

**Time:** 01:30 PM  **Date:** 5/12/10
**Place:** Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV

**Event:**
[13] – Reaffirmation Agreement Between Debtor(s) Robert T. Halstead and AmeriCredit Filed by Creditor AmeriCredit Financial Services, Inc., Balance $8684.81. Filed Pro Se or Without Attorney Signature.>

**Appearances:** Robert L. Johns, Trustee
  Robert Thomas Halstead, Debtor's Counsel
  Counsel for AmeriCredit Financial Services, Inc.

Dated: 4/23/10